■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANTIAGO RIVERA, Appellant. [704 NYS2d 873] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (F. Rivera, J.), rendered November 13, 1997, convicting him of criminal possession of a controlled substance in the third degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to provide the People with reasonable notice of his motion to dismiss the indictment (*see,* CPL 30.30, 210.45 [1]; *People v Lawrence,* 64 NY2d 200, 203; *People v Baxter,* 216 AD2d 931; *People v Harvall,* 196 AD2d 553, 554). In any event, we find that the Supreme Court properly denied the defendant's motion to dismiss the indictment pursuant to CPL 30.30 (*see, People v Stirrup,* 91 NY2d 434; *People v Harris,* 82 NY2d 409).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80). Mangano, P. J., Bracken, Luciano and Smith, JJ., concur.